UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DENNIS E. SMITH, On Behalf of Himself and All Others Similarly Situated,<br>          Plaintiff<br><br>v.<br><br>VASO ACTIVE PHARMACEUTICALS, INC., STEPHEN G. CARTER and JOHN J. MASIZ, ET AL<br>          Defendants | C.A. No. 04-10708-RCL |
| CHRISTOPHER PEPIN, Individually and On Behalf of All Others Similarly Situated,<br>          Plaintiff<br><br>v.<br><br>VASO ACTIVE PHARMACEUTICALS, INC., STEPHEN G. CARTER and JOHN J. MASIZ, ET AL<br>         Defendants | C.A. No. 04-10763-RCL |
| KOUROSH ALIPOR, Individually and On Behalf of All Others Similarly Situated,<br>          Plaintiff<br><br>v.<br><br>VASO ACTIVE PHARMACEUTICALS, INC., STEPHEN G. CARTER and JOHN J. MASIZ, ET AL<br>         Defendants | C.A. No. 04-10877-RCL |

```
MODHI GUDE and ARJI GAUTHAMI,      )
On Behalf of Themselves and All Others )
Similarly Situated,                  )
                                     )
                Plaintiff            )
                                     )
v.                                   )   C.A. No. 04-10789-RCL
                                     )
VASO ACTIVE PHARMACEUTICALS,         )
INC., STEPHEN G. CARTER and JOHN     )
J. MASIZ, ET AL                      )
                                     )
                Defendants           )
                                     )
```

## ORDER FOR CONSOLIDATION

It is hereby ordered that the above-captioned cases be and they hereby are consolidated for all purposes. The consolidated cases shall be captioned *"In Re Vaso Active Pharmaceuticals Securities Litigation"* and they will bear docket no. 04-10708-RCL. All of the individual cases, except case no. 04-10708-RCL, will be closed and terminated on the court's docket. All securities actions filed in this court, as related to the consolidated cases, will be consolidated with *In Re Vaso Active Pharmaceuticals Securities Litigation*.

SO ORDERED.

/s/ REGINALD C. LINDSAY
United States District Judge

DATED: May 10, 2004