UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS (BOSTON)

| | | |
|---|---|---|
| IN RE VASO ACTIVE PHARMACEUTICALS SECURITIES LITIGATION | ) ) ) ) | No. 1:04-CV-10708-RCL  **CONSOLIDATED** |
| RICHARD PAGONA, | ) ) ) | No. 1:04-CV-11100-RCL |
| Plaintiff, | ) ) | |
| v. | ) ) | |
| VASO ACTIVE PHARMACEUTICALS, INC., JOHN J. MASIZ, STEPHEN G. CARTER, | ) ) ) | |
| Defendants. | ) ) | |
| EDWARD A. TOVREA, | ) ) | No. 1:04-CV-10851-RCL |
| Plaintiff, | ) ) ) | |
| v. | ) ) | |
| VASO ACTIVE PHARMACEUTICALS, INC., JOHN J. MASIZ, JOSEPH FRATTAROLI, | ) ) ) | |
| Defendants. | ) ) | |
| KIM BENEDETTO, Individually and On Behalf of All Others Similarly Situated, | ) ) ) | No. 1:04-CV-10808-NG |
| JOSEPH BENEDETTO, Individually and On Behalf of All Others Similarly Situated, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | |
| VASO ACTIVE PHARMACEUTICALS, INC., JOHN J. MASIZ, JOSEPH FRATTAROLI, | ) ) ) | |
| Defendants. | ) ) | |

1

| | | |
|---|---|---|
| DEAN DUMMER, Individually and On Behalf of All Others Similarly Situated, | ) ) ) | No. 1:04-CV-10819-NG |
| Plaintiff | ) ) ) | |
| v. | ) ) | |
| VASO ACTIVE PHARMACEUTICALS, INC., JOHN J. MASIZ, JOSEPH FRATTAROLI, STEPHEN G. CARTER, | ) ) ) ) | |
| Defendants. | ) ) ) | |
| RICHARD SHAPIRO, Individually and On Behalf of All Others Similarly Situated, | ) ) ) | No. 1:04-CV-10720-NG |
| Plaintiff, | ) ) ) | |
| v. | ) ) | |
| VASO ACTIVE PHARMACEUTICALS, INC., JOHN J. MASIZ, JOSEPH FRATTAROLI, | ) ) ) | |
| Defendants. | ) ) ) | |
| JAMES KARANFILIAN, Individually and On Behalf of All Others Similarly Situated, | ) ) ) | No. 1:04-CV-11101-RCL |
| Plaintiff, | ) ) ) | |
| v. | ) ) | |
| VASO ACTIVE PHARMACEUTICALS, INC., STEPHEN G. CARTER, JOHN J. MASIZ, | ) ) ) | |
| Defendants. | ) ) | |

**THE ALIPOUR GROUP'S MOTION FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF AND FOR APPROVAL OF SELECTION OF LEAD COUNSEL**

Movants Kourosh Alipour, Timmy Smith and Douglas Weymouth (collectively the "Alipour Group") move the Court pursuant to Fed. R. Civ. P. 42(a) and Section 21D(a)(3)(B) of the Securities Exchange Act of 1934 (the "Exchange Act"), 15 U.S.C. §78u-4(a)(3)(B), as

amended by the Private Securities Litigation Reform Act of 1995 (the "PSLRA"), for an order: (a) consolidating the above-styled securities class actions and any subsequently filed related actions; (b) appointing the Alipour Group as Lead Plaintiff in the consolidated action and in any consolidated related action; and (c) approving the Alipour Group's selection of Federman & Sherwood as Lead Counsel and Alan L. Kovacs as Liaison Counsel.

In support of its motion, the Alipour Group submits:  (1) a Memorandum of Law in Support of the Motion of the Alipour Group for Consolidation, Appointment as Lead Plaintiff and Approval of Selection of Lead Counsel, and (2) the Declaration of William B. Federman in Support of the Motion of the Alipour Group for Consolidation, Appointment as Lead Plaintiff and Approval of Selection of Lead Counsel.

Dated:  June 7, 2004

                                         Respectfully submitted,

                                         _____s/Alan L. Kovacs_____
                                         Alan L. Kovacs
                                         THE LAW OFFICES OF ALAN L. KOVACS
                                         257 Dedham
                                         St. Newton, MA  02461
                                         Telephone:  (617) 964-1177
                                         Fax:  (617) 332-1223
                                         alankovacs@yahoo.com

William B. Federman
FEDERMAN & SHERWOOD
120 N. Robinson, Suite 2720
Oklahoma City, OK  73102
Telephone:  (405) 235-1560
Fax:  (405) 239-2112
wfederman@aol.com

3

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 7th day of June, 2004, a true and correct copy of the above and foregoing instrument was mailed by First Class Mail, with sufficient postage prepaid thereon, to:

Bruce G. Murphy
LAW OFFICES OF BRUCE G. MURPHY
265 Llwyds Lane
Vero Beach, FL  32963

Theodore M. Hess-Mahan
SHAPIRO HABER & URMY LLP
53 State Street
Boston, MA  02108

Darren J. Robbins
LERACH COUGHLIN STOIA &
  ROBBINS LLP
401 B. Street, Suite 1700
San Diego, CA  92101

Nancy F. Gans
MOULTON & GANS, PC
33 Broad Street, Suite 1100
Boston, MA  02109

William S. Lerach
LERACH COUGHLIN STOIA &
  ROBBINS LLP
401 B. Street, Suite 1700
San Diego, CA  92101

Cori Sweat
LERACH COUGHLIN STOIA &
  ROBBINS LLP
401 B. Street, Suite 1700
San Diego, CA  92101

David Randell Scott
SCOTT & SCOTT LLC
108 Norwich Ave.
P.O. Box 192
Colchester, CT  06415

Andrei V. Rado
MILBERG, WEISS, BERSHAD & SCHULMAN
One Pennsylvania Plaza
New York, NY  10119

Charles J. Piven
LAW OFFICES OF CHARLES J. PIVEN, P.A.
The World Trade Center – Baltimore
Suite 2525
401 E. Pratt Street
Baltimore, MD  21202

Peter E. Seidman
MILBERG WEISS BERSHAD & SCHULMAN
One Pennsylvania Plaza
49th Floor
New York, NY  10119

Sharon M. Lee
MILBERG WEISS BERSHAD & SCHULMAN
One Pennsylvania Plaza
49th Floor
New York, NY  10119

Steven G. Schulman
MILBERG WEISS BERSHAD & SCHULMAN
One Pennsylvania Plaza
49th Floor
New York, NY  10119

Jeffery C. Zerling
ZERLING, SCHACHTER & ZWERLING LLP
845 Third Ave.
New York, NY  10022

Jeffrey C. Block
BERMAN DeVALERIO PEASE TABACCO
   BURT & PUCILLO
One Liberty Square,  8th Floor
Boston, MA  02109

Michael T. Matraia
BERMAN DeVALERIO PEASE TABACCO
   BURT & PUCILLO
One Liberty Square,  8th Floor
Boston, MA  02109

Nazanin N. Ghabai
BERMAN DeVALERIO PEASE TABACCO
   BURT & PUCILLO
One Liberty Square, 8th Floor
Boston, MA  02109

Richard A. Speirs
ZERLING, SCHACHTER & ZWERLING LLP
845 Third Ave.
New York, NY  10022

Shaye J. Fuchs
ZERLING, SCHACHTER & ZWERLING LLP
845 Third Ave.
New York, NY  10022

Lauren Antonino
CHITWOOD & HARLEY
2900 Promenade II
1230 Peachtree Street NE
Atlanta, GA  30309

Mark C. Gardy
ABBEY & ELLIS
212 E. 39th Street
New York, NY  10016

Martin D. Chitwood
CHITWOOD & HARLEY
2900 Promenade II
1230 Peachtree Street NE
Atlanta, GA  30309

Matthew L. Tuccillo
SHAPIRO HABER & URMY LLP
53 State Street
Boston, MA  02108

Nancy Kaboolian
ABBEY GARDY & SQUITIERI
212 E. 39th Street
New York, NY  10016

6

Thomas G. Shapiro
SHAPIRO HABER & URMY LLP
53 State Street
Boston, MA  02108

Evan J. Smith
BRODSKY & SMITH LLC
Two Bala Plaza
Bala Cynwyd, PA  19004

David Pastor
GILMAN and PASTOR, LLP
Stonehill Corporate Center
999 Broadway, Suite 500
Saugus, MA  01906

Erin J. Belfi
RABON, MURRAY & FRANK LLP
275 Madison Ave.
New York City, NY  10016

Gregory Linkh
MURRAY, FRANK & SAILER LLP
275 Madison Ave., Suite 801
New York, NY  10016

Michael Goldberg
LAW OFFICES OF LIONEL Z. GLANCY
1801 Avenue of the Stars #308
Los Angeles, CA  90067

Peter A. Lagorio
GILMAN and PASTOR, LLP
Stonehill Corporate Center
999 Broadway, Suite 500
Saugus, MA  01906

        s/Alan L. Kovacs
        Alan L. Kovacs