**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS (BOSTON)**

| | | |
|---|---|---|
| IN RE VASO ACTIVE PHARMACEUTICALS SECURITIES LITIGATION | ) )  ) | No. 1:04-CV-10708-RCL |
| | | **CONSOLIDATED** |
| RICHARD PAGONA, Individually and on Behalf of All Other Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>VASO ACTIVE PHARMACEUTICALS, INC., JOHN J. MASIZ, STEPHEN G. CARTER,<br><br>Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) | No. 1:04-CV-11100-RCL |
| EDWARD A. TOVREA, Individually and on Behalf of All Other Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>VASO ACTIVE PHARMACEUTICALS, INC., JOHN J. MASIZ, JOSEPH FRATTAROLI,<br><br>Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) | No. 1:04-CV-10851-RCL |
| KIM BENEDETTO, Individually and On Behalf of All Others Similarly Situated,<br><br>JOSEPH BENEDETTO, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>VASO ACTIVE PHARMACEUTICALS, INC., JOHN J. MASIZ, JOSEPH FRATTAROLI,<br><br>Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | No. 1:04-CV-10808-NG |

1

| | |
|---|---|
| DEAN DUMMER, Individually and On Behalf of All Others Similarly Situated, ) ) | No. 1:04-CV-10819-NG |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | |
| ) | |
| VASO ACTIVE PHARMACEUTICALS, INC., JOHN J. MASIZ, JOSEPH FRATTAROLI, STEPHEN G. CARTER, ) ) ) | |
| ) | |
| Defendants. ) | |

| | |
|---|---|
| RICHARD SHAPIRO, Individually and On Behalf of All Others Similarly Situated, ) ) | No. 1:04-CV-10720-NG |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| VASO ACTIVE PHARMACEUTICALS, INC., JOHN J. MASIZ, JOSEPH FRATTAROLI, ) ) | |
| ) | |
| Defendants. ) | |

| | |
|---|---|
| JAMES KARANFILIAN, Individually and On Behalf of All Others Similarly Situated, ) ) | No. 1:04-CV-11101-RCL |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| VASO ACTIVE PHARMACEUTICALS, INC., STEPHEN G. CARTER, JOHN J. MASIZ, ) ) | |
| ) | |
| Defendants. ) | |

## DECLARATION OF WILLIAM B. FEDERMAN IN SUPPORT OF THE MOTION OF THE ALIPOUR GROUP FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF AND FOR APPROVAL OF SELECTION OF LEAD COUNSEL

I, William B. Federman, declare under penalty of perjury as follows:

2

1.     I am an attorney duly admitted to the Bar of the State of Oklahoma. I am a member of the law firm of Federman & Sherwood, counsel for Movants Kourosh Alipour, Timmy Smith and Douglas Weymouth (collectively the "Alipour Group") in the above referenced consolidated action in this District.

2.     I submit this Declaration in support of the Alipour Group's motion for an order pursuant to Fed. R. Civ. P. 42(a) and §21D(a)(3)(B) of the Securities Exchange Act of 1934 ("Exchange Act"), as amended by the Private Securities Litigation Reform Act of 1995 (the "PSRLA"), (a) consolidating the above-captioned securities class actions and any subsequently filed related actions; (b) appointing the Alipour Group as Lead Plaintiff in the consolidated actions and in any consolidated related action; and (c) approving the Alipour Group's selection of Federman & Sherwood as Lead Counsel and Alan L. Kovacs as Local Counsel.

3.     Attached hereto as Exhibits 1, 2 and 3 are true and correct copies of the certification forms signed by Kourosh Alipour, Timmy Smith and Douglas Weymouth, respectively, pursuant to §21D(a)(2)(A) of the Exchange Act.

4.     Attached hereto as Exhibit 4 is a copy of the firm resume of Federman & Sherwood.

5.     Attached hereto as Exhibit 5 is a copy of the biography of Alan L. Kovacs.

6.     Attached hereto as Exhibit 6 is a copy of the notice disseminated over PR Newswire, informing class members of the pendency of the first filed of these related securities class actions and their right to file a motion for appointment as Lead Plaintiff.

I declare under penalty of perjury that the foregoing is true and correct, this 7th day of June, 2004.

William B. Federman

# EXHIBIT 1

**Plaintiff's Certification of Investment of**
**Vaso Active Pharmaceuticals, Inc. (NASDAQ: VAPH)**

I, _Kourosh Alipour_ , hereby certify that the following is true and correct to the best of my knowledge, information and belief:

1.      I have reviewed the Complaint in this action and authorize the filing of this Certification.

2.      I am willing to serve as a representative party on behalf of the class (the "Class") as defined in the Complaint, including providing testimony at deposition and trial if necessary. I am willing to participate on an executive committee of shareholders.

3.      Plaintiff's transaction in Vaso Active Pharmaceuticals, Inc. (NASDAQ: VAPH) security that is the subject of this action is:

| Purchased | | Date | Price |
|---|---|---|---|
| VAPH | 500 (share) | 2/20/04 | 21.00 |
| VAPH | 300 " | 3/17/04 | 7.81 |
| VAPH | 900 " | 3/26/04 | 7.65 |
| VAPH | 500 " | 3/26/04 | 7.99 |
| VAPH | 500 " | 3/26/04 | 8.15 |

4.      I did not purchase these securities at the direction of my counsel, or in order to participate in a lawsuit under the Securities Exchange Act of 1934.

5.      During the three-year period preceding the date of the Certification, I have not sought to serve, nor have I served, as a representative to any party or on behalf of any class in any action arising under the Securities Exchange Act of 1934.

6.      I will not accept any payment if chosen to serve as a representative party on behalf of the Class beyond my pro rata share of an award to the Class, or as otherwise ordered and approved by the Court.

Signed under penalty of perjury, this _29_ day of _April_ , 2004.

_Kourosh Alipour_
Signature

_Kourosh Alipour_

# EXHIBIT 2

Plaintiff's Certification of Investment of
Vaso Active Pharmaceuticals, Inc. (NASDAQ: VAPH)

I, *Timmy Smith*, hereby certify that the following is true and correct to the best of my knowledge, information and belief:

1.     I have reviewed the Complaint in this action and authorize the filing of this Certification.

2.     I am willing to serve as a representative party on behalf of the class (the "Class") as defined in the Complaint, including providing testimony at deposition and trial if necessary. I am willing to participate on an executive committee of shareholders.

3.     Plaintiff's transaction in Vaso Active Pharmaceuticals, Inc. (NASDAQ: VAPH) security that is the subject of this action is:

| Purchased | Date | Price |
|-----------|------|-------|
| 1,285 shares | 3/11/04 | 9779.08 |
| 490 shares | 3/12/04 | 3725.19 |
| shares | 3/22/04 | 3476.89 |
| 465 shares | 3/17/04 | 10,133.49 |

TOTAL $27,114.65

3465 shares { 1285 }

4.     I did not purchase these securities at the direction of my counsel, or in order to participate in a lawsuit under the Securities Exchange Act of 1934.

5.     During the three-year period preceding the date of the Certification, I have not sought to serve, nor have I served, as a representative to any party or on behalf of any class in any action arising under the Securities Exchange Act of 1934.

6.     I will not accept any payment if chosen to serve as a representative party on behalf of the Class beyond my pro rata share of an award to the Class, or as otherwise ordered and approved by the Court.

Signed under penalty of perjury, this 29th day of April, 2004.

*Timmy Smith*
**Signature**

*Timmy Smith*
**Name    (please print)**

# EXHIBIT 3

Plaintiff's Certification of Investment of
Vaso Active Pharmaceuticals, Inc. (NASDAQ: VAPH)

I, Douglas Weymouth, hereby certify that the following is true and correct to the best of my knowledge, information and belief:

1.  I have reviewed the Complaint in this action and authorize the filing of this Certification.

2.  I am willing to serve as a representative party on behalf of the class (the "Class") as defined in the Complaint, including providing testimony at deposition and trial if necessary. I am willing to participate on an executive committee of shareholders.

3.  Plaintiff's transaction in Vaso Active Pharmaceuticals, Inc. (NASDAQ: VAPH) security that is the subject of this action is:

| Purchased | Date | Price |
|-----------|------|-------|
| 1000 | 3/24 | 6760.00 |
| 1000 | 3/16 | 7120.00 |
| 1000 | 3/10 | 8373.00 |

4.  I did not purchase these securities at the direction of my counsel, or in order to participate in a lawsuit under the Securities Exchange Act of 1934.

5.  During the three-year period preceding the date of the Certification, I have not sought to serve, nor have I served, as a representative party or on behalf of any class in any action arising under the Securities Exchange Act of 1934.

6.  I will not accept any payment if chosen to serve as a representative party on behalf of the Class beyond my pro rata share of an award to the Class, or as otherwise ordered and approved by the Court.

Signed under penalty of perjury, this 20 day of April, 2004.

_____
Signature

Douglas Weymouth
Name (please print)

# EXHIBIT 4

# FEDERMAN & SHERWOOD

(An association of attorneys and professional corporations)

2926 Maple Avenue
Suite 200
dallas, texas 75201
214-696-1100
Facsimile: 214-740-0112

120 N. Robinson Avenue
Suite 2720
Oklahoma City, Oklahoma 73102
405-235-1560
Facsimile: 405-239-2112

REPLY TO:  OKLAHOMA CITY, OK

## FIRM RESUME

**WILLIAM B. FEDERMAN.** Born New York, New York, January 31, 1958; admitted to bar, 1982, Oklahoma and U.S. District Court, Western District of Oklahoma; 1983, U.S. District Court, Northern District of Oklahoma and U.S. Court of Appeals, Tenth Circuit; District of Columbia, 1985; New York, 1988; Texas, 1995; U.S. District Court, Southern District of New York, U. S. District Court, Eastern District of New York, 2003; U.S. District Court, Eastern District of Oklahoma, 1995; U.S. District Court, Northern District of Texas and U.S. District Court, Southern District of Texas, 1995; U.S. District Court, Eastern District of Texas, 2002; Federal Circuit Court of Appeals, 1999; U.S. District Court of Colorado, 2002; U. S. Court of Appeals, Second Circuit, U.S. Court of Appeals, Fourth Circuit, 2003; U.S. Court of Appeals, Fifth Circuit, 2004. _Education_:  Boston University (B.A., cum laude, 1979); University of Tulsa (J.D., 1982).  Phi Alpha Delta (Treasurer, 1980-1982).  _Legal Publications_:  Author/Lecturer:  "Litigation and Employment Law Update," Seminar presented by the Securities Industry Association, Compliance and Legal Division; "Derivative Actions and Protecting the Corporation; Critical Issues in Today's Banking," Seminar presented by the Oklahoma Bar Association and the Oklahoma Bankers Association; "Arbitration - What Is It? Why Should a Lawyer Suggest or Use It?," Seminar presented by the Oklahoma Bar Association; "The Attorney and Accountant as Targets in Failed Financial Institution Litigation," American Bar Association - Trial Practice Committee Mid-Year Meeting; "Effective Arbitration in the 1990's, Adapting to Build a Successful Practice," Seminar presented by the Oklahoma County Bar Association; "Current Issues in Direct Investments and Limited Partnerships: The Litigation Scene From ALL Perspectives," American Bar Association, Litigation Section Annual Meeting; "Stockbroker Litigation and Arbitration," Securities Arbitration Institute.  Author: "Who's Minding the Store: The Corporate Attorney-Client Privilege," 52 O.B.J. 1244, 1981; "Potential Liability From Indirect Remuneration in Private Oil and Gas Offerings," 11 Sec. Reg. L.J. 135, 1983; "Capitalism and Reality Meet in the Courts. . .Finally," 59 O.B.J. 3537, 1987.  _Member_: Arbitration Panel, New York Stock Exchange, 1985; Oklahoma County Bar Association (Member, Committee on Professionalism, 1987-1990); Oklahoma, Texas, New York and American Bar Association (Committee on Securities Litigation and Corporate Counsel); The District of Columbia Bar; Securities Industry Association, Law and Compliance Division; Defense Research Institute; American Inns of Court (Barrister and Master, 1990-1993, 2002-); inducted into the Outstanding Layers of America, 2003.

**FEDERMAN & SHERWOOD**

Page 2

**JOHN CHARLES SHERWOOD.** Born December 18, 1958, Dallas, Texas. _Education_: undergraduate Texas Christian University, BBA (Accounting) Magna Cum Laude 1981; Baylor School of Law, 1984. _Areas of Practice_: Litigation. Board Certified: Civil Trial Law, Personal Injury Trial Law, Texas Board of Legal Specialization. Organizations: Texas Trial Lawyers, Association of Trial Lawyers of America, Dallas Trial Lawyers Association, Dallas Bar Association, Former Chairperson of the Solo and Small Firm Section of the Dallas Bar Association (1999), Member of the College of the State Bar of Texas, and founding President of Citizens For a Fair Judiciary (Political Action Committee). _Licenses and Courts of Practices_: Member of the State Bar of Texas, National Board of Trial Advocacy, Licensed as a Certified Public Accountant by the Texas State Board of Public Accountancy, admitted to practice before the United States Tax Court, United States District Court, Northern District of Texas, United States Fifth Circuit Court of Appeals, and the United States Supreme Court. _Papers Presented_: _Other People's Money,_ Presented to the Dallas Bar Association, Solo and Small Firm Section, 1996 and 1998.

**STUART W. EMMONS.** Born Stillwater, Oklahoma, August 9, 1961. _Education_: University of Oklahoma, J.D., with distinction, 1987; University of Oklahoma, B.B.A. (Accounting), with distinction, 1984. Admitted to Practice: 1987, Oklahoma and U.S. District Court, Western District of Oklahoma; 1990, U.S. District Court, Northern District of Oklahoma; 1992, U.S. Court of Appeals, Tenth Circuit; 1994, U.S. Court of Appeals, Eighth Circuit; U.S. Patent and Trademark Office; 2002, U.S. District Court, District of Colorado, 2002; U.S. District Court, Southern District of Texas; 2003, U.S. Second Circuit Court of Appeals, U.S. Court of Appeals, Fourth Circuit. _Member_: Oklahoma County and Oklahoma Bar Associations. Law Clerk to the Hon. Layn R. Phillips, U.S. District Court, Western District of Oklahoma, 1988-1989.

**SUSAN B. PINKERTON.** _Education_: University of Texas – S.A. (B.A. 1993); University of Oklahoma (J.D., 1997). Admitted to practice: 1997, Oklahoma, U.S. District Court for the Western District of Oklahoma, U.S. District Court for the Eastern District of Oklahoma, and U.S. District Court, Northern District of Oklahoma; 2002, U.S. District Court, Southern District of Texas. Member: American Bar Association; Oklahoma County Bar Association; Robert J. Turner American Inn of Court, Oklahoma Trial Lawyers Association and American Trial Lawyers Association. Editor, American Indian Law Review (1996-1997).

**JENNIFER F. SHERRILL** _Education_: Hendrix College (B.A. 1996); University of Arkansas, Masters of Science, Plant Pathology (1998); University of Tulsa, College of Law (2002) (Highest Honors, Order of the Curule Chair and Outstanding Law Student Award). Admitted to practice: 2003, Oklahoma and U.S. District Court for the Northern District of Oklahoma U. S. District Court for the Western District of Oklahoma; 2003, U.S. District Court for the Northern, Eastern and Southern Districts of Texas. Member: Oklahoma Bar Association. _Publications_: An Inter- and Intra-species variation in _Colletotrichum_ and mechanisms which affect population structure, In _Collectotrichum: Host Specificity, Pathology, and Host-Pathogen Interaction._

**FEDERMAN & SHERWOOD**

Page 3

**OF COUNSEL:**

**A. DANIEL WOSKA.** Born Dallas, Texas, November 1, 1952; admitted to bar, 1978, Oklahoma, U.S. District Court, Northern, Eastern and Western Districts of Oklahoma, U.S. District Court, Northern and Western Districts of Texas, U.S. Court of Appeals, Tenth and Fifth Circuits, U.S. Tax Court and U.S. Supreme Court. Education: University of Oklahoma (B.A., 1974); Oklahoma City University (J.D., 1977). Phi Alpha Delta. Recipient, Outstanding Committee Chairman, Young Lawyers Division, Oklahoma Bar Association, 1986. Lecturer: "Dysfunction in the Workplace," 1990; "Juggling the Roles in Your Life," Oklahoma County Bar Association, 1990; Operation Handshake, Oklahoma City University; Oklahoma Bar Association: "Arbitration Between Individuals in Different States," 1990; "The Evolution of Arbitration: 1953 to Present"; "Is Arbitration in Oklahoma Between Oklahoma Residents Constitutionally Unenforceable?"; "Confirming and Vacating the Arbitration Award.". Member: Oklahoma County (Member: Young Lawyer's Division; Bar Counsel, 1987-1990; Alternative Dispute Resolution Committee, 1990-; Director, 1990-1993), Oklahoma Young Lawyers Division, 1982-1987; Member: Public and Media Relations Committee, 1984; Bicentennial Constitutional Committee, 1987; Alternate Dispute Resolution Committee, 1992- ; Legal Ethics Committee, 1993-1998) and American (Member, Sections on: Litigation, 1983- ; General Practice, 1985- ; Chairman, Alternate Dispute Resolution Committee, 1996) Bar Associations; Oklahoma Trial Lawyers Association; The Association of Trial Lawyers of America; The Christian Legal Society; The Rutherford Institute and PIABA.

**RODNEY J. HEGGY**  Born in St. Louis, Illinois on August 26, 1955. *Education*: Southeastern Oklahoma State University, 1977; Master of Science, University of Louisiana, 1978; J.D., University of Houston, 1981.  Professional Affiliations: Arbitrator/Neutral:  American Arbitration Association, New York Stock Exchange, Inc., and NASD Dispute Resolution, Inc. *Affiliations*: State Bar of Texas, 1981, Oklahoma Bar Association, 1982. Courts: United States District Courts for the Western, 1982, Eastern, 1996, and Northern Districts of Oklahoma, 1987, Northern and Southern Districts of Texas, 2002, United States Courts of Appeals for the Eighth, 1994, and Tenth, 1984, Circuits. Memberships:  International Association of Defense Counsel, Defense Research Institute, Oklahoma Association of Defense Counsel. Public Office: Banner Public Schools, Board of Education, I-31, 2000 - , President, 2002 – . ___**LEGAL**___ ___**PUBLICATIONS**___: "*The Trial Lawyers Purgatory; the Document Depository in Complex Litigation*" (BRS, 1990); "*Oklahoma Toxic Torts Law: Elements, Standards for Evaluating Proof, and Suggestions for Practitioners*" (NBI, 1992); "*Environmental Law for Business and Lenders: Litigation Prevention and Avoidance, Insurance Coverage and Standards for Evaluation of Proof*" (Oklahoma City University, 1992); "*Using, Drafting and Enforcing Arbitration Clauses*" (Oklahoma Bar Association, 1992); *Ethical Considerations in Insurance Coverage Claims, Insurance Coverage Law in Oklahoma* (NBI 1997); *Extra-Contractual Insurance Claims Liability- Bad Faith - Part II, Insurance Coverage Law in Oklahoma*  (NBI 1997); *Employee Misconduct and Workplace Torts (SES 2003); Mandatory Arbitration of Employment Law Claims (SES 2003).*

**FEDERMAN & SHERWOOD**

Page 4

**JOHN E. BARBUSH.**  Born Oklahoma City, Oklahoma, September 12, 1974; admitted to bar, 1999, Oklahoma, U.S. District Court, Western and Northern Districts of Oklahoma. *Education*: Ambassador University (B.S., 1996); Oklahoma City University School of Law (J.D., 1999). Corpus Juris Secundum Torts; CALI Award Torts and Workers Compensation. Member: American Bar Association, Oklahoma Bar Association, Robert J. Turner American Inn of Court.

**PARALEGALS:**

**NANCY G. BEATTY.**  Ms. Beatty has over fourteen (14) years legal experience.  She primarily works on coordinating and administrating class action product liability and other complex litigation.  Ms. Beatty has served on several professional advisory boards in Oklahoma and Tennessee.

**SALOME L. HELDERMAN.**  Ms. Helderman has worked in the legal profession for over twelve (12) years including working for the Oklahoma County Court Clerk and in the Corporate Finance Department of BancFirst.  Ms. Helderman provides technical expertise in graphic presentation software and document depository technology.

**TERRY A. HULL.**  Mr. Hull provides in-depth expertise in online research and data development.  Mr. Hull had been the Managing Editor of a daily newspaper with circulation of over 26,000.  He holds both a Bachelor of Arts and Master of Arts.

# EXHIBIT 5

**ALAN L. KOVACS** is a graduate of Amherst College (cum laude) and Columbia Law School, where he was an Associate Editor of the Journal of International Law. He also holds a Masters of Law Degree in Taxation from Boston University. He was admitted to practice in New York in 1972 and in Massachusetts in 1975. In addition, he is admitted to practice in the United States Supreme Court, US Circuit Courts of Appeal for the First and Second Circuits, and the US District Court for the Districts of Massachusetts, Southern New York and Eastern New York. After graduating from law school, Mr. Kovacs spent four years as an Assistant District Attorney in Manhattan, New York and Middlesex County, Massachusetts, where he did both appellate and trial work arguing over a dozen cases before the highest appellate courts in New York and Massachusetts. From 1978 through 1985, he worked in the Antitrust Division of the Massachusetts Attorney General's Office where he rose to Chief of that Division as well as Chairman of Antitrust Task Force of the National Association of Attorneys General. Since 1985, Mr. Kovacs has specialized in trade regulation and corporate counseling as well as complex antitrust litigation. He has been Counsel in numerous antitrust class actions and other nationwide complex litigation, including securities cases, serving as a lead counsel in the Art Materials Antitrust Litigation and the Oil Overcharge Litigation; the latter resulted in a nationwide settlement of over $2 Billion, with over $70 million being awarded to Massachusetts.  Additionally, from 1995 through 1997, he served as an Associate Commissioner on the Massachusetts Hospital System Payment Advisory Commission.

# EXHIBIT 6

 **FINANCE** 

Search - Finance Home - Yahoo! - Help

**Business Wire**

**Welcome [Sign In]**                                    To track stocks & more, Regis

**Financial News**

Enter symbol(s)          Basic    ·    [ Get ]   Symbol Lookup

  

**Related Quote**

VAPH.PK    0.45   -0.05    New

**View Detailed Quote**
Delayed 20 mins
Quote data provided by Reuters

**Press Release**               Source: Milberg Weiss Bershad Hynes & Lerach LLP

# Milberg Weiss Files Class Action Suit against Vaso Active Pharmaceuticals, Inc.

Thursday April 8, 12:53 pm ET

SAN DIEGO--(BUSINESS WIRE)--April 8, 2004--Milberg Weiss (http://www.milberg.com/cases/vaso/) today announced that a class action has been commenced in the United States District Court for the District of Massachusetts on behalf of purchasers of Vaso Active Pharmaceuticals, Inc. ("Vaso Active") (NASDAQ:VAPH - News) common stock during the period between December 11, 2003 and March 31, 2004 (the "Class Period").

If you wish to serve as lead plaintiff, you must move the Court no later than 60 days from today. If you wish to discuss this action or have any questions concerning this notice or your rights or interests, please contact plaintiff's counsel, William Lerach or Darren Robbins of Milberg Weiss at 800/449-4900 or via e-mail at wsl@mwbhl.com. If you are a member of this class, you can view a copy of the complaint as filed or join this class action online at http://www.milberg.com/cases/vaso/. Any member of the purported class may move the Court to serve as lead plaintiff through counsel of their choice, or may choose to do nothing and remain an absent class member.

The complaint charges Vaso Active and certain of its officers and directors with violations of the Securities Exchange Act of 1934. Vaso Active's principal activity is to develop, manufacture and market pharmaceutical products. The Company focuses on vaso active lipid encapsulated, or VALE, transdermal delivery technology drugs.

The complaint alleges that during the Class Period, defendants issued false and misleading statements regarding Vaso Active's key products. The true facts, which were known by each of the defendants but actively concealed from the investing public during the Class Period, were as follows: (a) the Company's claims that its "clinical trial" for its deFEET product was "supervised by independent physicians and analyzed by the New England Medical Center in Boston" Massachusetts was grossly misleading in that: (i) the New England Medical Center had nothing to do with the study associated with the "clinical trial"; (ii) the New England Medical Center was unable to draw any conclusions concerning the effectiveness of the product and played no role in selecting the patients and gathering evidence; and (iii) the trial was not supervised by "independent physicians"; (b) the Company's so-called "clinical trial" was not new or revolutionary but rather more than half a decade old; (c) the American Association of Medical Foot Specialists and its so-called "endorsement" of the Company's deFEET product was of little, if any, value; and (d) contrary to defendants' claim that there was significant demand for the Company's stock at an "institutional level," there was little, if any, institutional demand for the Company's shares.

**Related News Stories**

- Glancy Binkow & Goldberg LLP, Representing Shareholders Of Vaso Active Pharmaceuticals, Inc., Announces Update To Shareholder Lawsuit -- VAPH PrimeZone Media Network (Wed Jun 2)
- Scott + Scott, LLC Update on Vaso Active Pharmaceuticals, Inc. Securities Litigation - PR Newswire (Fri May 28)
- Class Action Lawsuit Commenced Against Vaso Active Pharmaceuticals, Inc. k Bernstein Liebhard & Lifshitz, LLP - Market Wire (Tue May 25)
- Law Offices of Brodsky & Smith, LLC Reminds Shareholders About Time For Filing Lead Plaintiff Motions ir Class Action Lawsuit Against Vaso Active Pharmaceuticals, Inc. -- VAPH - PrimeZone Media Network (Thu May 20)

More

- By industry: Class action, Law

**Top Stories**

- Stocks Rise, Crude Oil's Retreat Credited - Reuters (10:33 am)
- GM to Invest $3 Bln to Grow China Output - Reuters (10:15 am)
- McDonald's May Same-Store Sales Rise - Reuters (10:24 am)
- Maxwell Shoe Rejects Sweetened Jones Bid - Reuters (10:27 am)

More

On April 1, 2004, SEC regulators halted trading of Vaso Active stock due to questions about the accuracy of assertions made in the Company's press releases, annual report, registration statement and public statements to investors regarding FDA approval of certain of its products.

· Most-emailed articles
· Most-viewed articles

Plaintiff seeks to recover damages on behalf of all purchasers of Vaso Active common stock during the Class Period (the "Class"). The plaintiff is represented by Milberg Weiss Bershad Hynes & Lerach LLP, who has expertise in prosecuting investor class actions and extensive experience in actions involving financial fraud.

Milberg Weiss Bershad Hynes & Lerach LLP, a 190-lawyer firm with offices in New York, San Diego, San Francisco, Los Angeles, Boca Raton, Seattle and Philadelphia, is active in major litigations pending in federal and state courts throughout the United States. Milberg Weiss has taken a leading role in many important actions on behalf of defrauded investors, consumers, and companies, as well as victims of World War II and other human rights violations, and has been responsible for more than $30 billion in aggregate recoveries. The Milberg Weiss website (http://www.milberg.com) has more information about the firm.

*Contact:*

```
Milberg Weiss Bershad Hynes & Lerach LLP
William Lerach, 800-449-4900
wsl@milberg.com
```

Source: Milberg Weiss Bershad Hynes & Lerach LLP

✉ Email Story        📞 Set News Alert        🖨 Print Story

[ Search News ]

Sponsor Results

**Active C - Low Prices, Great Service**
LovelySkin.com carries the entire Active C and La Roche Posay line, as well as a huge selection of other fine skin care products, all at low prices with great service.
www.lovelyskin.com

**Active C at DermatologistRx**
Skin care products reduced at DermatologistRx.com. Products include Active C, LAM IPM Wound Gel, Cellex C, Neutrogena, Obagi, and Skinceuticals.
www.dermatologistrx.com

**Order Active C Products and Save**
Active C Emulsion 1oz $30.99, Active C Eyes 0.5oz $22.99. We are a Canadian mail order pharmacy with over 250,000 clients. Fast shipping. Trust your health with the industry experts.
www.canadapharmacy.com

(What's This?)

Like news? See job openings at Yahoo! Finance

Copyright © 2004 Yahoo! Inc. All rights reserved. Privacy Policy - Terms of Service - Copyright Policy - Ad Feedback
Copyright © 2004 Business Wire. All rights reserved. All the news releases provided by Business Wire are copyrighted. Any forms of copying other than an individual user's personal reference without express written permission is prohibited. Further distribution of these materials by posting, archiving in a public web site or database, or redistribution in a computer network is strictly forbidden.